FRANK G. TAORMINA, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. FRANK UDDO, *ET AL.*, DEFENDANTS-PETITIONERS.

*Messrs. Wilentz, Goldman & Spitzer, Mr. Stanley L. Benn, Mr. Alan E. Davis, Messrs. Cohen, Shapiro, Berger, Polisher & Cohen* (of the Pennsylvania Bar) and *Messrs. Friedman & Friedman* (of the New York Bar) for the petitioners.

*Messrs. Orlando & Cummins, Mr. George H. Hohweiler* and *Messrs. Cahill, Gorden, Sonnett, Reindel & Ohl* (of the New York Bar) for the respondents.

May 28, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. TYRONE PARKER, DEFENDANT-PETITIONER.

*Mr. Peter Murray, Mr. Richard Newman* and *Mr. Claude J. Minter* for the petitioner.

*Mr. Robert N. McAllister, Jr.* and *Mr. Ernest M. Curtis* for the respondent.

May 28, 1968. Denied.

LAWRENCE HOURUN, PLAINTIFF-PETITIONER, v. TOWNSHIP COMMITTEE OF UNION, *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 99 *N..J. Super.* 58.

*Mr. Michael Jay Mehr* for the petitioner.

*Messrs. Kein, Scott, Pollatschek, Iacopino & Kein* for the respondents.

May 28, 1968. Denied.